PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERASA HUNTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VETERANS ADMINISTRATION, et al., <br><br> Defendants. | CASE NO. 1:15-cv-01460 EPG <br><br> **EX PARTE REQUEST AND ORDER TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION** |

The United States requests a brief extension of time by which nonexpert discovery is to be completed from August 15, 2016 to and including August 16, 2016, for the limited purpose of completing the deposition of Plaintiff Terasa Hunter, based on the following:

1. The United States noticed Plaintiff's deposition for August 8, 2016 which was within the original date of nonexpert discovery cutoff. Due to Plaintiff's counsel's trial, the parties agreed to move the date of the deposition.

2. The United States agreed to the date proposed by Plaintiff's counsel, August 16, 2016, the same day it was offered to allow the case to expeditiously move toward the United States' intended dispositive motion.

3. The United States forwarded Plaintiff's counsel a proposed stipulation to extend discovery for the purpose of taking Plaintiff's deposition. However, as of the time of this filing, Plaintiff's counsel has not responded to the stipulation.

EX PARTE REQUEST AND ORDER TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION
*Hunter, et al. v. Veterans Administration, et al.,* No. 1:15-cv-001460 EPG

1

4. The United States also requests that the Court order all other nonexpert discovery in this action to close on August 15, 2016, keeping the original dates as directed by the Court's Order of January 8, 2016 (ECF No. 23).

For the reasons set forth above, the United States respectfully requests that the Court extend the deadline for nonexpert discovery to August 16, 2016, so that the United States may complete the deposition of Plaintiff.

Respectfully submitted,

Dated:  August 12, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ *Alyson A. Berg*
ALYSON A. BERG
Assistant U.S. Attorney

### ORDER

Having reviewed the request submitted by the United States, as well as the representations contained in the pleading, he date on which depositions may be taken is hereby extended to August 16, 2016 to allow the deposition of Plaintiff Terasa Hunter.

IT IS SO ORDERED.

Dated:   **August 15, 2016**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

EX PARTE REQUEST AND ORDER TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION
*Hunter, et al. v. Veterans Administration, et al.,* No. 1:15-cv-001460 EPG

2