1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | TERASA HUNTER, et al.,            | CASE NO. 1:15-cv-01460 EPG
12 |                  Plaintiffs,       | **STIPULATION FOR DISMISSAL;**
13 |        v.                          | **ORDER**
14 | VETERANS ADMINISTRATION, et al.,   |
15 |                  Defendants.       |
16

17     Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of

18 Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed

19 with prejudice. All parties to bear their/its own attorneys fees and costs.

20     IT IS SO STIPULATED

21                                  Respectfully submitted,

22 Dated: October 6, 2016           PHILLIP A. TALBERT
                                    ACTING UNITED STATES ATTORNEY
23

24                                  /s/Alyson A. Berg
                                    Alyson A. Berg
25                                  Assistant United States Attorney
                                    Attorney for Defendant United States
26

27 ///

28 ///

   STIPULATION FOR DISMISSAL; ORDER                                                            1

1  Dated:  October 6, 2016                    QUINLAN, KERSHAW & FANUCCHI, LLP

                                              /s/David Moeck
                                              David Moeck
                                              Attorneys for Plaintiffs

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, all parties to bear their/its own fees and costs.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:  **October 7, 2016**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL; ORDER                                          2